UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARTHUR N., et al
        Plaintiffs

   V.

**BROCKTON PUBLIC SCHOOLS, ET AL**
        Defendants

CIVIL ACTION

NO.04-11644-RCL

## ORDER OF DISMISSAL

LINDSAY, D.J.

    For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as ORDERED on December 22, 2004, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

By the Court,

/s/ Lisa M. Hourihan

Deputy Clerk

January 19, 2005